# EXHIBIT "1"

Case 2:20-cv-09606-EP-JBC     Document 25-3     Filed 12/24/20     Page 1 of 3 PageID: 255

# NEWARK POLICE — INCIDENT REPORT

FILL OUT COMPLETE REPORT WHEN LISTED IN CLASSIFICATION LIST AND REPORT GUIDE AS 802 (NO ASTERISK).
DO NOT FILL OUT SHADED PORTION WHEN LISTED 802* (WITH ASTERISK).

| # | Field | Value |
|---|---|---|
| 1 | VICTIMS OR COMPLAINANTS NAME | #499U, UNIT |
| 2 | TELEPHONE | 973-733-6060 |
| 17 | STATUTE OF ORDINANCE | 2C:39-5D |
| 18 | SECTOR | 413 |
| 19 | PRECINCT | PREC4 |
| 20 | CENT COMPLT NO | C18029528 |
| 3 | RESIDENT NUMBER (STREET) (FLOOR OR APT) | 247 16TH AVE NEWARK, NJ 07103 |
| 21 | REPORTING OFFICER (NAME) | PO KIRKLAND, MALCOLM P |
|  | ID NO | 10538 |
|  | (COMMD) | 4th Prec |
| 4 | SEX | |
| 5 | RACE/ETHNICITY | |
| 6 | AGE | |
| 7 | OCCUPATION | |
| 8 | INJURY | [ ] YES  [✓] NO |
| 22 | INCIDENT | UNLAWFUL POSSESSION OF WEAPON - OTHER WEAPONS |
| 22A | OCC ON PUB. HOUS. PROP? | [ ] YES [✓] NO |
| 9 | SOBRIETY OF VICTIM | [ ] SOBER [ ] HAD BEEN DRINKING [ ] INTOXICATED |
| 10 | CAN VICT IDENT OFFENDER | YES |
| 23 | LOCATION | 16TH AVE/S 13TH ST, NEWARK NJ 07103 |
|  | GANG RELATED | [ ] YES [✓] NO |
| 11 | PERSON REPORTING CRIME | #499U, UNIT |
| 12 | TELEPHONE NO | 973-733-6060 |
| 24 | TIME OF OCCURRENCE (ON OR BET) HOUR / DAY OF WEEK / MONTH / DAY / YEAR | 21:37 Wed 06 13 2018 / 21:38 Wed 06 13 2018 |
| 25 | WAS FORCE USED? | [✓] YES [ ] NO [ ] NOT KNOWN |
| 26 | WAS A WEAPON USED? | [✓] YES [ ] NO [ ] NOT KNOWN |
| 13 | RESIDENCE OF PERSON REPORTING CRIME | 247 16TH AVE NEWARK, NJ 07103 |
| 14 | MONTH DAY YEAR | 06/13/2018 |
| 15 | TIME REP'T | 21:39 |
| 16 | OCCURRED ON VIEW | [✓] YES [ ] NO |
| 27 | TYPE OF PREMISES OR PROPERTY ATTACKED | Street |
| 28 | HOW ATTACKED | Unknown |
| 29 | MEANS OF ATTACK | Physical Force Used |
| 30 | OBJECT OF ATTACK (IF VEHICLE ANTI-THEFT DEVICE INSTALLED) | Auto  [ ] YES [ ] NO [✓] UNK |
| 31 | MODUS OPERANDI | SEE NARRATIVE |
| 32 | VEHICLE INVOLVED IN CRIME | [ ] STOLEN [✓] USED BY OFFENDER |
|  | YEAR | 2003 |
|  | MAKE | ACURA |
|  | MODEL | TL |
|  | LIC NUMBER | REDACTED 12/14/2018 |
|  | STATE | NJ |
|  | COLOR | BLACK |
|  | BODY TYPE | 4 DOOR |
|  | VEHICLE VIN NUMBERS | REDACTED |
| 33 | NAME OF SUSPECT (ALIAS) | WILLIAMS, SHAKEERA S. |
|  | (RESIDENCE) | 102 SO 10TH ST NEWARK, NJ 07107 |
|  | SEX | F |
|  | RACE / ETHNICITY | B N |
|  | AGE | 28 |
|  | HEIGHT | 5' 8" |
|  | WEIGHT | 181 |
|  | COLOR OF HAIR | BLK |
|  | COLOR OF EYES | BRO |
|  | DESCRIBE CLOTHING WORN AND PECULIARITIES | BLK TOP BLK BOTTOM |
|  | EVENT # | P18225314 |
|  | CAMERA VISIBLE? | [ ] YES [✓] NO |

34. ADDITIONAL INFORMATION (DO NOT REPEAT INFORMATION LISTED IN NUMBERED BLOCKS)

ON WEDNESDAY JUNE 13, 2018 UNIT #499U OFFICER A. STOKES #10560 AND UNDERSIGNED WERE ON PATROL IN AN UNMARKED PATROL CAR. WHILE RESTED AT THE INTERSECTION OF SPRINGFIELD AVE AND S.11TH ST. THIS UNIT OBSERVED A VEHICLE TRAVELING WEST BOUND ON SPRINGFIELD AVE WHO DISREGARDED THE TRAFFIC SIGNAL AT SPRINGFIELD AVE AND S.11TH ST. AT THIS TIME, OFFICERS ATTEMPTED TO PULL THE VEHICLE OVER BY ACTIVATING OUR LIGHTS AND SIRENS. AS THE...

| # | Field | Value |
|---|---|---|
| 34A | STRANGER TO STRANGER CRIME | UNKNOWN |
| 34B | DOMESTIC VIOLENCE RELATED | N |
| 34C | REPORT SOURCE | [ ] DISPATCH [ ] PHONE [ ] WALK-IN [✓] OTHER |
| 34D | VEHICLE INSURANCE COMPANY & POLICY NUMBER | |
| 35 | ESTIMATED VALUE BY TYPE OF PROPERTY | A. CURRENCY / B. JEWELRY / C. FURS / D. CLOTHING / E. LOCAL AUTOS / F. MISCELLANEOUS / G. TOTAL |
| 36 | OTHER OFFICERS AT SCENE (NAME) / RANK | SGT COSTEIRA, MICHAEL — 9378 — VEH NO 403 — COMMAND 4th Prec — (ID NO) 9378 |
|  |  | PO DAVIS, LARRY — 7963 — 7963 |
| 37 | OTHER REPORTS SUBMITTED | [✓] DP 1 152 PROPERTY [ ] DP 1 152-1 AUTO [ ] DP 1 225A STATEMENT [✓] DP 1 800 ARREST [ ] DP 1 795 CONT |
| 38 | PERSONS ARRESTED (NAME) | |
|  | CENT. ARR. NO. | |
| 39 | WITNESSES (NAME AND RESIDENCE) (TELEPHONE NO) | |
| 40 | TELETYPE ALARM NUMBER | |
| 41 | NAME OR DETECTIVE NOTIFIED | |
| 42 | SIGNATURE OF REPORTING OFFICER | PO KIRKLAND, MALCOLM P — 10538 |
| 43 | STATUS OF OFFENSE | [ ] UNFOUNDED [ ] CLEARED BY ARREST [ ] NOT CLEARED [ ] EXCEPTIONAL CLEARANCE |
| 44 | CLEARED BY ARREST OF | [ ] ADULT [ ] JUVENILE [ ] ADULT AND JUVENILE [ ] NARCOTIC OFFENDER |
| 45 | STATUS OF CASE | [ ] PENDING ACTIVE [ ] PENDING INACTIVE [ ] CLOSED |
| 46 | CLASS | |
| 47 | RE CLASS | |
| 48 | KEY PUNCHED BY | |
| 49 | VERIFIED BY | |
| 50 | SUPERVISOR APPROVING & CLASSIFYING | 7726  LT OSORIO, LUIS |
|  | (DATE) | 6/14/2018 |
| 51 | TIME APPROVED | 08:24 |
| 52 | INDEXED BY | |
| 53 | NUMBER OF PAGES | |

DPI 802 REV 6/94 75M

Page 1 Of 2

**NEWARK POLICE**                    **INCIDENT REPORT**

C18029528                            Event#:      P18225314

---

VEHICLE CONTINUED TO TRAVEL WEST ON SPRINGFIELD AVE. THE DRIVER OF THE VEHICLE MADE A RIGHT TURN ON S.12TH ST TRAVELING NORTHBOUND AGAINST TRAFFIC BUT THERE WERE NO VEHICLES IN TRANSIT. IT APPEARED THAT THE DRIVER SEEMED CONFUSED BUT SEEMED IF THE MOTORIST WAS ATTEMPTING TO STOP.

THEREAFTER, THE MOTORIST ARRIVED AT THE INTERSECTION OF S.12TH ST AND 18TH AVE THEN MADE A LEFT HEADING WESTBOUND ON 18TH AVE. AS THE MOTORIST PROCEEDED TO THE INTERSECTION OF S.13TH ST AND 18TH AVE. THE DRIVER HEADED NORTHBOUND ON S.13TH ST. THE DRIVER BEGAN DRIVING IN A RECKLESS MANNER AND STARTED TO ACCELERATE. OFFICER A. STOKES PROVIDED THE PLATE NJ REG. C36JSD OF THE VEHICLE AND FLIGHT OF DIRECTION VIA DISPATCH. THEN THE DISPATCHER NOTIFIED OTHER UNITS IN THE AREA TO USE CAUTION.

RECOGNIZING THE MOTORIST WOULD NOT STOP THIS UNIT DID NOT PURSUE AND LOST SIGHT OF THE VEHICLE. MOMENTS LATER, WHILE IDLED OFFICERS OBSERVED A CLOUD OF SMOKE EMANATING IN THE REGION OF S.13TH STREET AND 16TH AVE. IT WAS LATER DETERMINED THAT AN ACCIDENT OCCURRED.

THE DRIVER WHO WAS OPERATING THE VEHICLE A BLACK 2003 ACURA WAS IDENTIFIED AS SHAKEERA WILLIAMS. MS. WILLIAMS WHO EXITED THE VEHICLE WAS BLEEDING FROM HER MOUTH, EYES WERE WATERY AND USING PROFANITY. THE SMELL OF ALCOHOL WAS COMING FROM MS. WILLIAMS AS SHE VOMITED INSIDE THE MARKED PATROL UNIT. MS. WILLIAMS WAS PLACED UNDER ARREST WITHOUT INCIDENT.

A TODDLER E.H. 9/22/15 WAS PRESENT IN THE BACK SEAT OF THE VEHICLE THAT MS. WILLIAMS WAS OPERATING . E.H. WAS IN A CAR SEAT AND WAS REMOVED FROM THE VEHICLE BY OFFICER A. STOKES. E.H. SUSTAINED A MINOR CUT ON THE BACK OF HIS HEAD

MS. WILLIAMS STRUCK A BLACK 1999 YUKON NJ REG. WHA79R AT THE INTERSECTION OF 16TH AVE AND S.13TH ST. A FEMALE, PATIRICA BRINSON WAS STRUCK AT THE INTERSECTION WHICH THE FEMALE SUSTAINED A FRACTURE TO HER LOWER LEFT LEG. THE MOTORISTS STRUCK A POLE, HYDRANT AND TREE. MS. WILLIAMS WALLET WAS LOCATED ON THE FLOOR ON THE LEFT PASSENGER SIDE .

MS. PATIRICA BRINSON WAS TRANSPORTED TO RUTGERS HOSPITAL BY EMS UNIT #2403. E.H WAS TRANSPORTED BY EMS UNIT #2404 RUTGERS HOSPITAL AND EMS UNIT #1204 TRANSPORTED MS. SHAKEERA WILLIAMS TO RUTGERS WITH UNIT # 411 OFFICERS L. DAVIS #7963 AND K. GREEN #10044.

MS. SHAKEERA WILLIAMS SIGNED A CONSENT FORM WHEN REQUESTING CONSENT TO DRAW AND TEST BLOOD. THE BLOOD BORNE KIT #33 WAS TRANSPORTED AND SUBMITTED BY OFFICER J. BURGOS #9243 TO ESU LOCATED AT 472 ORANGE ST.

WHILE SUBMITTING MS. WILLIAMS WALLET AS PROPERTY OFFICER A. STOKES DISCOVERED TWO LOOSE QUANTITY BALLS OF MARIJUANA WRAPPED IN A RECEIPT INSIDE HER WALLET. THE EVIDENCE WAS SUBMITTED INTO PROPERTY BAG # N019108.

THE SUMMONSES ISSUED TO MS. SHAKEERA WILLIAMS WERE  E18139875- 39:4-81 (FAIL TO OBSERVE A TRAFFIC SIGNAL), E1813982 39:4-96 (RECKLESS DRIVING), E18139826-39:4-85.1,E18139827-39:3-40 (DRIVING AFTER DL SUSPENDED, E18139828-39:40.1 (OPERATING M.V. WHEN LICENSE SUSPENDED), E18139829- 39:3-29A ( FAIL TO POSS DRIVING LICENSE), E18139830- 39:3-40 (H)(I)  (ALLOWING A SUSPENDED DRIVER TO DRIVE-OWNER), E18139831-39:4-97A (CARELESS DRIVING: OPERATE MV CAUSING PROPERTY DAMAGE), E18139836- 39:4-50 (OPERATING VEHICLE UNDER INFLUENCE OF LIQUOR OR DRUGS), E18139871- 39:4-49.1 (OPERATION OF VEHICLE IN POSSESSION OF CDS).

ASSISTANT PROSECUTOR CHAMBERS WAS NOTIFIED.

ESSEX COUNTY SPECIAL VICTIMS PROSECUTOR COSGROVE AGREED WITH THE CHARGE OF CHILD ENDANGERMEN 2C:24-4A(2)

ANN #1340 OF DCP&P WAS NOTIFIED AND STATED A WORKER FROM THE ESSEX SOUTH OFFICE WILL RESPON CHILD'S HOME WITHIN 24 HOURS.