# EXHIBIT "5"



# Judgment of Conviction

## Superior Court of New Jersey, ESSEX County

**State of New Jersey**  v.

| Last Name | First Name | Middle Name |
|---|---|---|
| WILLIAMS | SHAKEERA | S |

**Also Known As**
Shakeera Shadeequa Williams

| Date of Birth | SBI Number | Date(s) of Offense |
|---|---|---|
| REDACTED | 438315D | 06/13/2018 |

| Date of Arrest | PROMIS Number | Date Ind / Acc / Complt Filed | Original Plea | Date of Original Plea |
|---|---|---|---|---|
| 06/13/2018 | 18 005070-001 | 09/05/2018 | ☑ Not Guilty  ☐ Guilty | 09/17/2018 |

**Adjudication By**  ☑ Guilty Plea   ☐ Jury Trial Verdict   ☐ Non-Jury Trial Verdict   ☐ Dismissed / Acquitted   Date: 12/14/2018

### Original Charges

| Ind / Acc / Complt | Count | Description | Statute | Degree |
|---|---|---|---|---|
| 18-09-02790-I | 1 | RESIST ARR/ELUD-MV OP- RISK OF DEATH/INJ TO ANY PERSON | 2C:29-2B | 2 |
| 18-09-02790-I | 2 | AGG ASSAULT-ATTEMPT/CAUSE SIGNIFICANT BODILY INJURY | 2C:12-1B(7) | 3 |
| 18-09-02790-I | 3 | AGG ASSAULT-CAUSE BODILY INJURY-FLEEING LAW ENFORCEMENT | 2C:12-1B(6) | 2 |
| 18-09-02790-I | 4 | AGG ASSAULT-CAUSE BODILY INJURY-FLEEING LAW ENFORCEMENT | 2C:12-1B(6) | 2 |
| 18-09-02790-I | 5 | AGG ASSAULT-CAUSE BODILY INJURY-FLEEING LAW ENFORCEMENT | 2C:12-1B(6) | 2 |
| 18-09-02790-I | 6 | AGG ASSAULT-CAUSE BODILY INJURY-FLEEING LAW ENFORCEMENT | 2C:12-1B(6) | 2 |
| 18-09-02790-I | 7 | ENDANGERING-ABUSE/NEGLECT OF A CHILD BY CARETAKER | 2C:24-4A(2) | 2 |
| (Cont...) | | | | |

### Final Charges

| Ind / Acc / Complt | Count | Description | Statute | Degree |
|---|---|---|---|---|
| 18-09-02790-I | AMENDED 1 | RESIST ARR/ELUD-AFTER INSTRUCTION TO STOP IN MV/VESSEL | 2C:29-2B | 3 |
| 18-09-02790-I | 2 | AGG ASSAULT-ATTEMPT/CAUSE SIGNIFICANT BODILY INJURY | 2C:12-1B(7) | 3 |

### Sentencing Statement

It is, therefore, on 02/01/2019  **ORDERED** and **ADJUDGED** that the defendant is sentenced as follows:

COUNT 1: THE DEFENDANT IS SENTENCED TO PROBATION FOR A TERM OF TWO (2) YEARS, WITH THE FOLLOWING CONDITIONS: THE DEFENDANT IS SENTENCED TO TIME SERVED FOR A PERIOD OF ONE HUNDRED EIGHTY-NINE (189) DAYS & CREDITED WITH TIME SERVED OF ONE HUNDRED EIGHTY-NINE (189) DAYS. ORDERED TO COMPLY WITH THE SET OF RULES & REGULATIONS ESTABLISHED BY THE ESSEX COUNTY PROBATION DIVISION. ORDERED TO ENROLL IN A DRUG/ALCOHOL TREATMENT PROGRAM AS DIRECTED BY THE PROBATION DIVISION. ORDERED TO PERFORM 100 HOURS OF COMMUNITY SERVICE AS DIRECTED BY THE PROBATION DIVISION. ORDERED TO UNDERGO DRUG/ALOHOL TESTING AS DIRECTED BY THE PROBATION DIVISION. ORDERED TO REMAIN DRUG FREE THROUGHOUT THE PERIOD OF PROBATION. SENTENCE TO RUN CONCURREN TO COUNT 2 OF THIS INDICTMENT.

COUNT 2: THE DEFENDANT IS SENTENCED TO PROBATION FOR A TERM OF TWO (2) YEARS, WITH THE FOLLOWING CONDITIONS: THE DEFENDANT IS SENTENCED TO TIME SERVED FOR A PERIOD OF ONE HUNDRED EIGHTY-NINE (189) DAYS & CREDITED WITH TIME SERVED OF ONE HUNDRED EIGHTY-NINE (189) DAYS. ORDERED TO COMPLY WITH THE SET OF RULES & REGULATIONS ESTABLISHED BY THE ESSEX COUNTY PROBATION DIVISION. ORDERED TO ENROLL IN A DRUG/ALCOHOL TREATMENT PROGRAM AS DIRECTED BY THE PROBATION DIVISION. ORDERED TO PERFORM 100 HOURS OF COMMUNITY SERVICE AS DIRECTED BY THE PROBATION DIVISION. ORDERED TO UNDERGO DRUG/ALOHOL TESTING AS DIRECTED BY THE PROBATION DIVISION. ORDERED TO REMAIN DRUG FREE THROUGHOUT THE PERIOD OF PROBATION. SENTENCE TO RUN CONCURREN TO COUNT 1 OF THIS INDICTMENT.

COUNTS 3, 4, 5, 6, 7, 8, 9 & DP-901: ARE HEREBY, DISMISSED.

☐ It is further ORDERED that the sheriff deliver the defendant to the appropriate correctional authority.

| Total Custodial Term | Institution Name | Total Probation Term |
|---|---|---|
| 000 Years 00 Months 189 Days | COUNTY JAIL | 02 Years 00 Months |

State of New Jersey v.
WILLIAMS, SHAKEERA S

S.B.I. # 438315D   Ind / Acc / Complt # 18-09-02790-I

## DEDR (N.J.S.A. 2C:35-15 and 2C:35-5.11)

A mandatory Drug Enforcement and Demand Reduction (DEDR) penalty is imposed for each count. (Write in number of counts for each degree.)

☐ DEDR penalty reduction granted (N.J.S.A. 2C:35-15a(2))

|  | Standard | Doubled |
|---|---|---|
| 1st Degree | ___ @ $ ___ | ___ @ $ ___ |
| 2nd Degree | ___ @ $ ___ | ___ @ $ ___ |
| 3rd Degree | ___ @ $ ___ | ___ @ $ ___ |
| 4th Degree | ___ @ $ ___ | ___ @ $ ___ |
| DP or Petty DP | ___ @ $ ___ | ___ @ $ ___ |

Total DEDR Penalty $ ___

☐ The court further ORDERS that collection of the DEDR penalty be suspended upon defendant's entry into a residential drug program for the term of the program. (N.J.S.A. 2C:35-15e)

Forensic Laboratory Fee (N.J.S.A. 2C:35-20)
___ Offenses @ $ ___

Total Lab Fee $ ___

## VCCO Assessment (N.J.S.A. 2C:43-3.1)

| Counts | Number | Amount |
|---|---|---|
| 1,2 | 2 | @ $50.00 |
|  |  | @ $ |
|  |  | @ $ |
|  |  | @ $ |

Total VCCO Assessment $ 100.00

## Vehicle Theft / Unlawful Taking Penalty (N.J.S.A. 2C:20-2.1)

Offense: ___
Mandatory Penalty: $ ___

## Offense Based Penalties

| Penalty | Amount |
|---|---|
|  | $ |

## Other Fees and Penalties

Law Enforcement Officers Training and Equipment Fund Penalty (N.J.S.A. 2C:43-3.3)
☑ $ 30.00

Safe Neighborhoods Services Fund Assessment (N.J.S.A. 2C:43-3.2)
☑  2  Offenses @ $75.00
Total: $ 150.00

Probation Supervision Fee (N.J.S.A. 2C:45-1d)
☑ $ 2.00

Statewide Sexual Assault Nurse Examiner Program Penalty (N.J.S.A. 2C:43-3.6)
☐ ___ Offenses @ $ ___
Total $ ___

Transaction Fee (N.J.S.A. 2C:46-1.1)
☑

Domestic Violence Offender Surcharge (N.J.S.A. 2C:25-29.4)
☐ $ ___

Certain Sexual Offenders Surcharge (N.J.S.A. 2C:43-3.7)
☐ $ ___

Fine
$ ___

Sex Crime Victim Treatment Fund Penalty (N.J.S.A. 2C:14-10)
☐ $ ___

Restitution   Joint & Several
$ ___          ☐

Total Financial Obligation
$ 280.00

Details
PAY FINES @ $25.00 PER MONTH

## Additional Conditions

☑ The defendant is hereby ordered to provide a DNA sample and ordered to pay the costs for testing of the sample provided (N.J.S.A. 53:1-20.20 and N.J.S.A. 53:1-20.29).

☐ The defendant is hereby sentenced to community supervision for life (CSL) if offense occurred before 1/14/04 (N.J.S.A. 2C:43-6.4).

☐ The defendant is hereby sentenced to parole supervision for life (PSL) if offense occurred on or after 1/14/04 (N.J.S.A. 2C:43-6.4).

☐ The defendant is hereby ordered to serve a ___ year term of parole supervision, pursuant to the No Early Release Act (NERA), which term shall begin as soon as the defendant completes the sentence of incarceration (N.J.S.A. 2C:43-7.2).

☐ The court imposes a Drug Offender Restraining Order (DORO) (N.J.S.A. 2C:35-5.7h). DORO expires ___

☐ The court continues/imposes a Sex Offender Restraining Order (SORO) if the offense occurred on or after 8/7/07 (Nicole's Law N.J.S.A. 2C:14-12 or N.J.S.A. 2C:44-8).

☐ The court imposes a Stalking Restraining Order (N.J.S.A. 2C:12-10.1).

☐ The defendant is prohibited from purchasing, owning, possessing, or controlling a firearm and from receiving or retaining a firearms purchaser identification card or permit to purchase a handgun (N.J.S.A. 2C:25-27c(1)).

## Findings Per N.J.S.A. 2C:47-3

☐ The court finds that the defendant's conduct was characterized by a pattern of repetitive and compulsive behavior.

☐ The court finds that the defendant is amenable to sex offender treatment.

☐ The court finds that the defendant is willing to participate in sex offender treatment.

## License Suspension

☐ CDS / Paraphernalia (N.J.S.A. 2C:35-16)   ☐ Waived
☐ Auto Theft / Unlawful Taking (N.J.S.A. 2C:20-2.1)
☑ Eluding (N.J.S.A. 2C:29-2)
☐ Other

Number of Months: 6     ☐ Non-resident driving privileges revoked

Start Date: 02/01/2019
End Date: 08/01/2019

Details: ___

Driver's License Number: ___
Jurisdiction: NJ

If the court is unable to collect the license, complete the following:
Defendant's Address
400 UNION AVENUE APT# 4E

City: IRVINGTON
State: NJ
Zip: 07111-0000

Date of Birth: ___
Sex: ☐ M  ☐ F
Eye Color: ___

**State of New Jersey v.**
WILLIAMS, SHAKEERA S              S.B.I. # 438315D   Ind / Acc / Complt # 18-09-02790-I

## Time Credits

| Time Spent in Custody<br>R. 3:21-8 | Gap Time Spent in Custody<br>N.J.S.A. 2C:44-5b(2) | Prior Service Credit |
|---|---|---|
| Date: From – To<br>06/13/2018 – 12/18/2018<br>–<br>–<br>–<br>–<br>–<br>–<br>–<br>–<br>–<br>– | Date: From – To<br>–<br>–<br>–<br>Total Number of Days _____<br>**Rosado Time**<br>Date: From – To<br>–<br>–<br>–<br>–<br>Total Number of Days _____ | Date: From – To<br>–<br>–<br>–<br>–<br>–<br>–<br>–<br>–<br>–<br>– |
| Total Number of Days   189 | | Total Number of Days _____ |

## Statement of Reasons - Include all applicable aggravating and mitigating factors

```
AGGRAVATING FACTORS
--------------------------------------------------------------------------------
3. The risk that the defendant will commit another offense.

9. The need for deterring the defendant and others from violating the law.


MITIGATING FACTORS
--------------------------------------------------------------------------------
6. The defendant has compensated or will compensate the victim of his/her conduct for the damage or injury that
he/she sustained, or will participate in a program of community service.



I FIND THAT THE AGGRAVATING FACTORS PREPONDERATE OVER ANY MITIGATING FACTORS. THIS PREPONDERANCE OF AGGRAVATING
FACTORS WEIGHS IN FAVOR OF A CUSTODIAL TERM TOWARDS THE HIGHER END OF THE RANGE. NEVERTHELESS, I WILL SENTENCE
YOU IN ACCORDANCE WITH THE PLEA AGREEMENT AT THE REQUEST OF THE PARTIES.
```

| Attorney for Defendant at Sentencing<br>AMANDA C SAVAGE | Public Defender<br>☑ Yes  ☐ No |
|---|---|
| Prosecutor at Sentencing<br>PETER WUJCIAK | Deputy Attorney General<br>☐ Yes  ☑ No |
| Judge at Sentencing<br>MICHAEL L. RAVIN | |
| Judge (Signature)<br>/s MICHAEL L. RAVIN | Date<br>02/04/2019 |

**State of New Jersey v.**
WILLIAMS, SHAKEERA S          **S.B.I. #** 438315D **Ind / Acc / Complt #** 18-09-02790-I

## Continuation

```
ORIGINAL CHARGES   (Cont.)
-----------------------------------------------------------------------------------------
Ind / Acc / Complt    Count      Description                                    Statute          Degree

18-09-02790-I         8          UNLAWFUL POSS WEAP - OTHER WEAPONS              2C:39-5D          4
18-09-02790-I         9          POSS OF WEAPON FOR UNLAWFUL PURPOSE-OTHER WEAPON 2C:39-4D          3
W-2018-009291-0714    901        POSS CDS - < 50G MARIJUANA, 5G HASHISH          2C:35-10A(4)      DP
```