## PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF FACTS

1.    Admit that the First Amended Complaint alleges Officers Asha Stokes and Malcolm Kirkland were on duty on June 13, 2018, and that they were traveling on Springfield Avenue at its intersection with South 11th Street in an unmarked vehicle. Denied as to the remainder of this paragraph.

2.    Admit the First Amended Complaint alleges Stokes and Kirkland observed the driver of a black Acura commit a "summary" traffic offense.

3.    Denied. Defendants have not filed an Answer to the Amended Complaint and no discovery or deposition have been conducted. Further, the audio recordings and documents referenced in support have not been produced to Plaintiff and are being referenced in support of this motion for the first time.[1]

4.    Denied. Defendants have not filed an Answer to the Amended Complaint and no discovery or deposition have been conducted. Further, the audio recordings and documents referenced

---

[1]    Defendants have requested and have been granted three (3) extensions of time to file their answer. Defendants have failed to do so and have deprived Plaintiff of the opportunity to conduct discovery. Further, the Court should disregard the self-serving Certification of Kirkland, whom Plaintiff have had no opportunity to depose, which is submitted as Uncontroverted Material Facts.

in support have not been produced to Plaintiff and are being referenced in support of this motion for the first time.[2]

5.    Denied. Plaintiff has no knowledge about Defendants' state of mind when they decided to engage in the dangerous and unnecessary high-speed pursuit of a traffic offender in violation of departmental policy and the Attorney General Guidelines on pursuit.

6-8. Denied. Defendants have not filed an Answer to the Amended Complaint and no discovery or deposition have been conducted. Further, the audio recordings and documents referenced in support have not been produced to Plaintiff and are being referenced in support of this motion for the first time.

9.    Denied.

10-19.    Denied. Defendants have not filed an Answer to the Amended Complaint and no discovery or deposition have been conducted. Further, the audio recordings and documents referenced in support have not been produced to Plaintiff and are being referenced in support of this motion for the first time.

20.    Admit only the driver of the black Acura was identified Shakeera Williams as alleged in the First Amended Complaint.

---

[2]    Defendants have requested and have been granted three (3) extensions of time to file their answer. Defendants have failed to do so and have deprived Plaintiff of the opportunity to conduct discovery. Further, the Court should disregard the self-serving Certification of Kirkland, whom Plaintiff have had no opportunity to depose, which is submitted as Uncontroverted Material Facts.

Plaintiff is without sufficient information to either admit or deny the remaining allegations of this paragraph leaves Defendants to their proofs. No discovery has been conducted, and no depositions have been taken.

21-27.    Denied. Defendants have not filed an Answer to the Amended Complaint and no discovery or deposition have been conducted. Further, the audio recordings and documents referenced in support have not been produced to Plaintiff and are being referenced in support of this motion for the first time.

Respectfully submitted,

HINSON ~ SNIPES, LLP

/s Tracey C. Hinson

Tracey C. Hinson, Esquire